In the Matter of the Claim of JOHN J. DULLAGHAN, Respondent, against R. HOE & Co. and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award affirmed, except as to facial disfigurement, as to which it is reversed and remitted to the State Industrial Board. Cochrane, P. J., Hinman, McCann, Davis and Whitmyer, JJ., concur.

In the Matter of the Claim of ANDREW BERVILACQUA, Respondent, against S. C. CLARK and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim remitted, with costs against the State Industrial Board to abide the event, on the authority of Di Carlo v. Elmwood Construction Co. (215 App. Div. 857) and cases therein cited. Cochrane, P. J., Hinman, McCann, Davis and Whitmyer, JJ., concur.

In the Matter of the Claim of DOMINICK NAZZARO, Respondent, against FRANK ANGELILLI and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Cochrane, P. J., Hinman, McCann, Davis and Whitmyer, JJ.

In the Matter of the Claim of AMELIA JUSKO, Respondent, against MONTAUK LEATHER SPECIALITY COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim remitted, with costs against the State Industrial Board, to abide the event, for further proof on the question of dependency. Cochrane, P. J., Van Kirk, Hinman, Davis and Whitmyer, JJ., concur.

In the Matter of the Claim of Mrs. H. J. HARRIS, Respondent, against THE PROSPERITY COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Cochrane, P. J., Hinman, McCann, Davis and Whitmyer, JJ.

In the Matter of the Claim of CHARLES LAWSON, Respondent, against H. M. PRESTON and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Cochrane, P. J., Hinman, McCann, Davis and Whitmyer, JJ.

In the Matter of the Claim of JACOB WIZNITZER, Respondent, against B. ASNER and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Cochrane, P. J., Hinman, McCann, Davis and Whitmyer, JJ.

In the Matter of the Claim of LEONORA GRIEL, Respondent, against GUSTAV OLSEN and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Cochrane, P. J., Hinman, McCann, Davis and Whitmyer, JJ.